**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1714**

---

In Re: ROSARIO A. FIORANI, JR.,

                                                            Petitioner.

---

On Petition for Writ of Error Coram Nobis.
(1:98-cr-00340-JCC)

---

Submitted: August 30, 2007          Decided:  September 5, 2007

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Rosario A. Fiorani, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., petitions for a writ of error coram nobis pursuant to 28 U.S.C. § 1651 (2000). In his petition and supplement ("Errata"), Fiorani alleges that his conviction is unconstitutional and seeks an order from this court vacating his conviction. The relief sought by Fiorani is not available under § 1651, but is properly pursued through a motion to vacate pursuant to 28 U.S.C. § 2255 (2000). We note that Fiorani has previously filed a § 2255 motion in the district court, and must therefore obtain authorization under 28 U.S.C. § 2244 (2000) to file a successive motion before a second or successive motion may be considered by the district court. Accordingly, although we grant Fiorani leave to proceed in forma pauperis, we deny the coram nobis petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

- 2 -